# Court of Appeals
# of the State of Georgia

ATLANTA, May 05, 2021

*The Court of Appeals hereby passes the following order:*

## A21E0044. MATTHEWS v. BUTLER.

Upon consideration, applicant's emergency motion for an extension of time in which to file a discretionary application is GRANTED. Applicant shall have until May 24, 2021, to file the application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 05/05/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*